with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laugh lin, Clarke and Scott, JJ.

Carl H. Schultz, a Corporation, Plaintiff, v. Massachusetts Bonding and Insurance Company, Defendant.— Exceptions overruled and judgment ordered for plaintiff, with costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adolph Pluemer, Appellant, v. Edward J. Berwind, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry Steiner and Others, Appellants, v. Edwin H. Swift, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michael Sobotik, Appellant, v. Interborough Rapid Transit Company, Respondent.— Order affirmed, with costs. No opinion. Present —Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris W. Levine, Respondent, v. Twenty-eighth Street and Seventh Avenue Realty Company and Another, Appellants, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph W. Gleason, an Infant, etc., Appellant, v. J. M. Horton Ice Cream Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Stephen E. Powell, Respondent, v. A. & M. Robbins, Incorporated, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emma Moss and Others, Respondents, v. Arthur E. Silverman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Maurice Deiches, as Receiver, etc., Respondent, v. Western Development Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Haskins Boiler Company, Respondent, v. Van Mater Stilwell, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George Hill, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Larocque, Appellant, v. Commercial Advertiser Association, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Scott, J., dissented.

Henry Dusenbury, Respondent, v. The American Meter Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas Kenny, Respondent, v. William F. Campbell, Appellant.—